Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2025 SEP -2 AM 11:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>Bobby Nunez<br>USMS# ______ DEFENDANT | CASE NUMBER:<br>2:~~22~~ 25-MJ-05190-DUTY<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/29/2025 13:00 at ☐ AM ☒ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   18 U.S. Code § 641 - Public money, property or records
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1991
8. Defendant has retained counsel: ☐ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: DUTY
10. Remarks (if any): ______
11. Name: Robert Kurtz (please print)
12. Office Phone Number: 562-233-8537
13. Agency: HSI
14. Signature: ROBERT M KURTZ III Digitally signed by ROBERT M KURTZ III Date: 2025.09.02 09:40:21 -07'00'
15. Date: 09/01/2025