UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BOBBY NUNEZ,<br>Defendant. | Case No. 2:25-cr-00779-FLA<br><br>**GOVERNMENT'S EXHIBIT LIST**<br><br>Trial Date: December 16, 2024<br>Trial Time: 8:30 AM<br>Location: Courtroom of the Hon. Fernando L. Aenlle-Rocha |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Haoxiaohan H. Cai and Iricel E. Payano hereby submits the Government's Exhibit List, which includes defense objections. The defense reserves the right to raise additional objections.

The government respectfully reserves the right to update, modify, and edit the witness list below. This reservation of rights includes identifying exhibits for any potential rebuttal case.

Dated: December 1, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/
HAOXIAOHAN H. CAI
IRICEL E. PAYANO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| **Videos and Photographs** | | | | | |
| 1 | Map of Area Around DaVinci Parking Entrance | Witness J.B./D.E. | F.R.Crim P. 16 (has not yet been produced to the defense) | | |
| 2 | Photograph of entrance to DaVinci Apartments' garage on Fremont Avenue (1)<br>USAO_00000110 | Witness J.B./D.E. | FRE 901 (gov't has not established authenticity) | | |
| 3 | Photograph of entrance to DaVinci Apartments' garage on Fremont Avenue (2)<br>USAO_00000110 | Witness J.B./D.E. | FRE 901 (gov't has not established authenticity) | | |
| 4 | Photograph of Dodge Durango taken on August 15, 2025.<br>USAO_00000395 | Witness J.B./D.E. | FRE 901 (gov't has not established authenticity) | | |
| 10 | Axon Body video recording taken on August 15, 2025<br>USAO_00000004 | FOR ID ONLY | | | |
| 11 | Excerpt of screen capture at 00:05 from Axon Body video | Witness J.B./D.E. | FRCP 16 (excerpt has not been produced to the | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | recording taken on August 15, 2025<br>USAO_00000004 | | defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 12 | Excerpt of screen capture at 01:06 from Axon Body video recording taken on August 15, 2025<br>USAO_00000004 | Witness J.B./D.E. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 13 | Excerpt of screen capture at 01:43 from Axon Body video recording taken on August 15, 2025<br>USAO_00000004 | Witness J.B./D.E. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 13-19 | *RESERVED* | | | | |
| 20 | iPhone video recording taken on August 15, 2025<br>USAO_00000005 | FOR ID ONLY | | | |
| 21 | Screen capture at 00:01 from law enforcement iPhone video recording taken on August 15, 2025 | Witness J.B./D.E. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | USAO_00000005 | | (incomplete excerpt is misleading and prejudicial) | | |
| 22 | Image of defendant on August 15, 2025 (1)<br>USAO_00000006 | Witness D.E. | FRE 901 (gov't has not established authenticity) | | |
| 23 | Image of defendant on August 15, 2025 (2)<br>USAO_00000002 | Witness D.E. | FRE 901 (gov't has not established authenticity) | | |
| 24 | Video of Dodge Durango with emergency lights activated taken on November 5, 2025.<br>USAO_00000451 | Witness F.J. | FRE 401, 403 (gov't has not established video accurately depicts vehicle as it was at the incident in question) | | |
| 25-29 | *RESERVED* | | | | |
| 30 | Clip (00:07 to 00:18) from TikTok video, showing tow of Dodge Durango, taken on August 15, 2025<br>USAO_00000036 | Witness J.B./D.E. | FRE 106, 403 (incomplete excerpt is misleading and prejudicial); FRE 901 (gov't has not established authenticity) | | |
| 31 | Clip (00:01 to 00:11) from Instagram video, showing tow | Witness J.B./D.E. | FRE 106, 403 (incomplete excerpt is misleading and | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | of Dodge Durango, taken on August 15, 2025.<br>USAO_00000357 | | prejudicial); FRE 901 (gov't has not established authenticity) | | |
| 32-39 | *RESERVED* | | | | |
| 40 | Photograph of found Dodge Durango taken on August 15, 2025<br>USAO_00000466 | Witness W.L. | FRE 901 (gov't has not established authenticity) | | |
| 41 | Photograph of returned Dodge Durango taken on August 15, 2025<br>USAO_00000467 | Witness W.L. | FRE 901 (gov't has not established authenticity) | | |
| 42 | Photograph of vest worn by U.S. Marshal on August 15, 2025<br>USAO_00000070 | Witness J.B. | FRE 901 (gov't has not established authenticity) | | |
| 43 | Photograph of tow truck taken on August 15, 2025.<br>USAO_00000003 | Witness J.B./D.E. | FRE 901 (gov't has not established authenticity) | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 44 | Photograph of tow truck taken on August 16, 2025.<br>USAO_00000049 | Witness C.L. | FRE 901 (gov't has not established authenticity) | | |
| 45 | Photograph of tow truck door taken on August 16, 2025.<br>USAO_00000046 | Witness C.L. | FRE 901 (gov't has not established authenticity) | | |
| 46-49 | *RESERVED* | | | | |
| 50 | Defendant's Facebook Profile Photo<br>USAO_00000120 | Witness S.L. | FRE 401, 403 (more prejudicial than probative); FRE 901 (gov't has not established authenticity) | | |
| 51 | Video of tow truck from defendant's Facebook page<br>USAO_00000122 | Witness S.L. | FRE 401, 403 (more prejudicial than probative); FRE 901 (gov't has not established authenticity) | | |
| 52-99 | *RESERVED* | | | | |
| **Documents** | | | | | |
| 101 | Certificate of Origin for a Vehicle for Dodge Durango<br>USAO_00000082 | Witness S.F. | FRE 802, Confrontation Clause (inadmissible hearsay) | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 102 | Valuation of Dodge Durango<br>USAO_00000124 | Witness S.F. | FRE 702 (improper, unnoticed expert testimony); FRE 802, Confrontation Clause (inadmissible hearsay) | | |
| 103 | Statement of Information Corporation for Insured Towing Roadside Assistance and Recovery Inc.<br>USAO_00000087 | Witness C.L. | FRE 802 (inadmissible hearsay) | | |
| 104-199 | *RESERVED* | | | | |
| **Reports for I.D.** | | | | | |
| 200-299 | *RESERVED* | | | | |
| **Miscellaneous** | | | | | |
| 300-399 | *RESERVED* | | | | |