David Menninger (Bar No. 281460)
(E-Mail: David_Menninger@fd.org)
Rebecca Harris (Bar No. 340964)
Deputy Federal Public Defender
321 East 2nd Street, Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s), v. BOBBY NUNEZ, Defendant(s). | CASE NUMBER: 2:25-cr-00779-FLA<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

In Camera Documents

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 4, 2025
Date

David Menninger
Attorney Name

Bobby Nunez
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)              **NOTICE OF MANUAL FILING OR LODGING**