# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00779-FLA-1 |
| Date | December 16, 2025 |
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Twyla Freeman | Maria Bustillos | Iricel P. Payano; Haoxiaohan Cai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Bobby Nunez | X | | X | Rebecca K. Harris, DFPD | X | X | |
| | | | | David L. Menninger, DFPD | X | X | |

_____ Day COURT TRIAL       1st Day JURY TRIAL       _____ Death Penalty Phase

_____ One day trial;    _____ Begun (1st day);    X Held & continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified       _____ Exhibits admitted

_____ Government rests.       _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |
| Dft # | _____ found guilty on counts | _____ found not guilty on counts |

_____ Jury polled       _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X  Case continued to December 17, 2025, at 9:30 a.m. for further trial/further jury deliberation.

X  Other: Evidentiary issues are held. The court appoints a Criminal Justice Panel Atty for a witness for limited purposes.

                                                                                            6 : 28
                                                                                Initials of Deputy Clerk TF

USM  X  USPPO