UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff/s,<br><br>     v.<br><br>BOBBY NUNEZ,<br><br>              Defendant/s. | Case No. 2:25-cr-00779-FLA<br><br>**DEFENSE'S EXHIBIT LIST**<br><br>Trial Date: December 16, 2025<br>Trial Time: 8:30 AM |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 500. | USAO_00000004 Axon Video 8.15.25 0000-0256 | | |
| 501. | USAO_00000096_August 15 arrest ROI | | |
| 502. | USAO_00000101_ROI re investigation into Bobby's ID | | |
| 503. | ICE BWC Policy | | |
| 504. | DHS BWC Policy | | |
| 505. | LAPD Incident Recall | | |
| 506. | LAPD BWC Index | | |
| 507. | LAPD BWC 1 | | |
| 508. | LAPD BWC 2 | | |
| 509. | LAPD BWC 3 | | |
| 510. | LAPD Custodian Declaration | | |
| 511. | Scorpion Servs Incident Report 08.15.2025 | | |
| 512. | Scorpion Servs Custodian Declaration | | |
| 513. | Witness Interview of William Lopez_Redacted USAO_00000635 | | |
| 514. | Pre Trial Meet with Scott Freni_Redacted USAO_00000628 | | |
| 515. | Witness Interview of Miguel Flores_Redacted USAO_00000630 | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 516. | Witness interview of Renato Renderos_Redacted USAO_00000633 | | |
| 517. | ICE Home to Work Request_ICE Form 333 | | |
| 518. | ICE Home to Work Log_ICE Form 177 | | |
| 519. | Durango License Plate 10.21.25 | | |
| 520. | ICE Directive 1009.2 HtW Transportation | | |
| 521. | Clip Govt 10  0325 to 0334 | | |
| 522. | Clip Govt 10  1513 to 1522 | | |
| 523. | Clip of Gov Exh 10 at 1052 | | |
| 524. | Transcript Translation of Def Ex 500 | | |
| 525. | Transcript Translation of Gov Ex 20 | | |
| 526. | Transcript Translation of Gov Ex 15 | | |
| 527. | December 12_2025 License Plate ROI Avina | | |
| 528. | Clip of Gov Exh 10 at 1352 | | |
| 529. | Govt Exh 1 with Labels | | |
| 530. | CS523762 - Sunflower Additional Asset Info Page | | |
| 531. | 1C4SDHFT9LC441447 - GSA Fleet Registration Page | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 532. | 1C4SDHFT9LC441447 - GOV Registration Card | | |
| 533. | 11_18 Meeting with Bravo ROI | | |
| 534. | 12_9 Meeting with Bravo | | |
| 535. | 12_14 Meeting with Bravo | | |