UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BOBBY NUNEZ,<br>Defendant. | Case No. 2:25-cr-00779-FLA<br>**GOVERNMENT'S AMENDED EXHIBIT LIST**<br>Trial Date: December 16, 2024<br>Trial Time: 8:30 AM<br>Location: Courtroom of the Hon. Fernando L. Aenlle-Rocha |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Haoxiaohan H. Cai and Iricel E. Payano hereby submits the Government's Amended Exhibit List. This includes the prior versions defense objections from the government's original Exhibit List, but has not been updated since that disclosure, including the fact that the government

has since produced the records noted as unproduced as the time of the Exhibit List, and does not include additional defense objections to new additions to the Amended Exhibit List. As such, defense reserves the right to raise additional objections.

The government respectfully reserves the right to update, modify, and edit the witness list below. This reservation of rights includes identifying exhibits for any potential rebuttal case.

Dated: December 12, 2025

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/
HAOXIAOHAN H. CAI
IRICEL E. PAYANO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| **Videos and Photographs** | | | | | |
| 1 | Google Maps – Aerial View of Temple and Fremont Ave<br>USAO_00000518 | Witness J.B. | F.R.Crim P. 16 (has not yet been produced to the defense) | | |
| 2 | Google Maps -<br>USAO_00000525 | Witness J.B. | FRE 901 (gov't has not established authenticity) | | |
| 3 | Excerpt from Video of Dodge Durango taken on August 15, 2025.<br>USAO_00000395 | Witness J.B. | FRE 901 (gov't has not established authenticity) | | |
| 10 | Axon Body video recording taken on August 15, 2025<br>USAO_00000004 | FOR ID ONLY | | | |
| 11 | Excerpt of screen capture at 00:05 from Axon Body video recording taken on August 15, 2025<br>USAO_00000519 | Witness J.B. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 12 | Excerpt of screen capture at 01:06 from Axon Body video | Witness J.B. | FRCP 16 (excerpt has not been produced to the | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | recording taken on August 15, 2025<br>USAO_00000520 | | defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 13 | Excerpt of screen capture at 01:25 from Axon Body video recording taken on August 15, 2025<br>USAO_00000521 | Witness J.B. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 14 | Excerpt of screen capture at 01:43 from Axon Body video recording taken on August 15, 2025<br>USAO_00000522 | Witness J.B. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 15 | Video from Axon Body recording taken on August 15, 2025, from 00:00 to 01:58<br>USAO_00000004 | Witness J.B. | | | |
| 16 | Excerpt of video from 01:32 to 01:43 from Axon Body | Witness J.B. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | video recording taken on August 15, 2025<br>USAO_00000526 | | | | |
| 17-19 | *RESERVED* | | | | |
| 20 | iPhone video recording taken on August 15, 2025<br>USAO_00000005 | Witness J.B. | | | |
| 21 | Screen capture at 01:51 from law enforcement iPhone video recording taken on August 15, 2025<br>USAO_00000523 | Witness J.B. | FRCP 16 (excerpt has not been produced to the defense); FRE 106, 403 (incomplete excerpt is misleading and prejudicial) | | |
| 22 | Screen capture at 02:12 from law enforcement iPhone video recording taken on August 15, 2025<br>USAO_00000524 | Witness J.B. | FRE 901 (gov't has not established authenticity) | | |
| 23 | Image of Defendant taken 8-15-2025<br>USAO_00000002 | Witness J.B. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 25-29 | *RESERVED* | | | | |
| 30 | Clip (00:07 to 00:18) from TikTok video, showing tow of Dodge Durango, taken on August 15, 2025<br>USAO_00000527 | Witness J.B. | FRE 106, 403 (incomplete excerpt is misleading and prejudicial); FRE 901 (gov't has not established authenticity) | | |
| 31 | Clip (00:01 to 00:11) from Instagram video, showing tow of Dodge Durango, taken on August 15, 2025<br>USAO_00000528 | Witness J.B. | FRE 106, 403 (incomplete excerpt is misleading and prejudicial); FRE 901 (gov't has not established authenticity) | | |
| 32 | Clip (00:30 to 00:49) from Instagram video, showing defendant's interaction with law enforcement, taken on August 15, 2025<br>USAO_00000529 | Witness J.B. | | | |
| 33-39 | *RESERVED* | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 40 | Photograph of found Dodge Durango taken on August 15, 2025<br>USAO_00000466 | Witness M.F. | FRE 901 (gov't has not established authenticity) | | |
| 41 | Photograph of returned Dodge Durango taken on August 15, 2025<br>USAO_00000467 | Witness M.F. | FRE 901 (gov't has not established authenticity) | | |
| 42 | Photograph of vest worn by U.S. Marshal on August 15, 2025<br>USAO_00000070 | Witness J.B. | FRE 901 (gov't has not established authenticity) | | |
| 43 | Photograph of tow truck taken on August 15, 2025.<br>USAO_00000003 | Witness J.B. | FRE 901 (gov't has not established authenticity) | | |
| 44 | Photograph of tow truck taken on August 16, 2025.<br>USAO_00000049 | Witness C.L. | FRE 901 (gov't has not established authenticity) | | |
| 45 | Photograph of tow truck door taken on August 16, 2025. | Witness C.L. | FRE 901 (gov't has not established authenticity) | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | USAO_00000046 | | | | |
| 46 | Photograph of tow truck sticker taken on August 16, 2025.<br>USAO_00000055 | Witness C.L. | | | |
| 47-49 | *RESERVED* | | | | |
| 50 | Defendant's Facebook Profile Photo[1]<br>USAO_00000120 | Witness S.L. | FRE 401, 403 (more prejudicial than probative); FRE 901 (gov't has not established authenticity) | | |
| 51 | Video of tow truck from defendant's Facebook page (1)<br>USAO_00000122 | Witness S.L. | FRE 401, 403 (more prejudicial than probative); FRE 901 (gov't has not established authenticity) | | |

[1] Per the pretrial conference discussion with the Court, the government has offered a stipulation to authenticate Ex. 51 and Ex. 52 as Facebook videos from defendant's Facebook profile, which would obviate the need to show Ex. 50. The defense has indicated it will execute the stipulation but has not yet done so. Once the stipulation is received, the government would remove Ex. 50 from its exhibit list.

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 52 | Video of tow truck from defendant's Facebook page (2)<br>USAO_00000530 | Witness S.L. | | | |
| 53-59 | *RESERVED* | | | | |
| 60 | Executed Declaration of Custodian from Da Vinci Apartments | FOR ID ONLY | | | |
| 61 | Full video from Da Vinci Apartment parking lot | FOR ID ONLY | | | |
| 62 | Video clip (00:00 to 06:06) from Da Vinci Apartment parking lot | Witness J.B. | | | |
| 63 | Video clip (00:00 to 06:06) zoomed from Da Vinci Apartment parking lot | FOR ID ONLY | | | |
| 64-100 | *RESERVED* | | | | |
| **Documents** | | | | | |
| 101 | Sunflower Record for J.A.'s Dodge Durango<br>USAO_00000509 | Witness T.K | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 102 | Certificate of Origin for a Vehicle for Dodge Durango<br>USAO_00000082 | Witness T.K | FRE 802, Confrontation Clause (inadmissible hearsay) | | |
| 103 | Delivery documents for Dodge Durango<br>USAO _00000488 | Witness T.K | | | |
| 104 | Sunflower History Report for Dodge Durango<br>USAO_00000500 | Witness T.K | | | |
| 105 | Home to Work Certification, Officer J.A.<br>USAO_00000514 | Witness T.K | | | |
| 106 | Officer J.A. FleetHOME Vehicle Record<br>USAO_00000516 | Witness T.K. | | | |
| 107-109 | RESERVED | | | | |
| 110 | Statement of Information Corporation for Insured | Witness C.L. | FRE 802 (inadmissible hearsay) | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Towing Roadside Assistance and Recovery Inc. | | | | |
| 111 | Business Records Declaration from CA SoS re Insured Towing Roadside Assistance and Recovery Inc.<br><br>USAO_00000538 | | | | |
| 111-199 | *RESERVED* | | | | |
| **Reports for I.D.** | | | | | |
| 200 | Tactical ROI re Nunez<br>USAO_00000108 | | | | |
| 201 | ROI 1: Nunez Tow Govt Vehicle from Scene<br>USAO_00000416 | | | | |
| 202 | ROI 2: Ping Warrant<br>USAO_00000418 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 203 | ROI 3: Interviews, Videos and Identification of Subjects<br>USAO_00000420 | | | | |
| 204 | ROI 4: Interviews of Law Enforcement Agents<br>USAO_00000427 | | | | |
| 205 | ROI 5: Contact with BML<br>USAO_00000432 | | | | |
| 206 | ROI 6: ID of Defendant's Tow Truck<br>USAO_00000434 | | | | |
| 207 | ROI 7: Additional details regarding status of ICE Vehicle 8.15.25<br>USAO_00000436 | | | | |
| 208 | ROI 8: Interview of LA City Fire Engineer Rozzen<br>USAO_00000438 | | | | |
| 209 | ROI 9: Witness Interview of Miguel Flores_Redacted | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | USAO_00000468 | | | | |
| 210 | ROI 10: Witness Interview of William Lopez_Redacted<br>USAO_00000471 | | | | |
| 211 | *RESERVED* | | | | |
| 212 | ROI 12: August Surveillance Checks of DTLA<br>USAO_00000532 | | | | |
| 213-299 | *RESERVED* | | | | |
| **Miscellaneous** | | | | | |
| 300-399 | *RESERVED* | | | | |