## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, PLAINTIFF, v. Bobby Nunez DEFENDANT. | CASE NUMBER 2:25-cr-00779-FLA-1 |
| | **JUDGMENT OF DISCHARGE (Fed. R. Crim. P. 32(k)(1))** |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/ Information for the reason(s) stated below:

- ☐ the Court has granted the motion of the government for dismissal;
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal;
- ☐ a jury has been waived, and the Court has found the defendant not guilty;
- ☒ the jury has returned its verdict, finding the defendant not guilty;
- ☐ an order of dismissal has been entered by the court;
- ☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☒ IT IS ORDERED that the bond of the defendant is hereby exonerated.

12/19/2025
Date

United States District Judge

**NOTICE TO U.S. MARSHAL - This Judgment of Discharge is not a substitute for the Release Form.**